**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREW ELLNER**<br><br>Plaintiff,<br><br>*v.*<br><br>**BREM MOLDOVSKY, LLC, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 20-6190-KSM** |

## ORDER

**AND NOW**, this 12th day of February, 2021, upon consideration of the parties' Stipulation to enlarge time for Defendants, Brem Moldovsky, LLC and Brem Moldovsky, Esquire, and by *pro se* Defendant Gerald J. Pomerantz, Esquire, to answer, move, or otherwise respond to Plaintiff's Complaint, which is attached to this Order, it is **ORDERED** that the Stipulation is **GRANTED,** and Defendants shall file an answer or otherwise respond to Plaintiff's Complaint by **March 15, 2021**.

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.