**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW ELLNER,** | : | **CIVIL ACTION** |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 2:20-cv-06190-KSM** |
| **BREM MOLDOVSKY, LLC,** | : | |
| **BREM MOLDOVSKY, and** | : | |
| **GERALD J. POMERANTZ, ESQUIRE,** | : | |
|     Defendants. | | |

## ENTRY OF APPEARANCE

TO THE COURT:

    Kindly enter the appearance of Gerald Jay Pomerantz, Esquire, *pro se* on behalf of Defendant Gerald J. Pomerantz, Esquire in connection with the above matter.

    Respectfully submitted,

/s/ Gerald Jay Pomerantz
Gerald Jay Pomerantz,, Esquire (PA No. 03636)
Phone: (215) 569-8866
Email: gjpomlaw@gmail.com
Attorney for Defendant Gerald J. Pomerantz, Esquire

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW ELLNER,** | : | **CIVIL ACTION** |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 2:20-cv-06190-KSM** |
| **BREM MOLDOVSKY, LLC,** | : | |
| **BREM MOLDOVSKY, and** | : | |
| **GERALD J. POMERANTZ, ESQUIRE,** | : | |
|     Defendants. | | |

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below, the foregoing was electronically filed pursuant to the Court's ECF system and that the documents are available for downloading and viewing from the ECF system. Notice of this filing will be sent to all parties by operation of the ECF system.

/s/ Gerald Jay Pomerantz
Gerald Jay Pomerantz,, Esquire (PA No. 03636)
Phone: (215) 569-8866
Email: gjpomlaw@gmail.com
Attorney for Defendant Gerald J. Pomerantz, Esquire

Dated: February 16, 2021