AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| Andrew Ellner ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:20-cv-6190-KSM |
| Brem Moldovsky et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brem Moldovsky, Esquire and Brem Moldovsky, L.L.C.

Date: 02/23/2021

*Attorney's signature*

Brem Moldovsky, Esquire, 79485
*Printed name and bar number*

100 N. 18th Street
Suite 300
Philadelphia, Pa 19103

*Address*

brem@bremlaw.com
*E-mail address*

(215) 546-9957
*Telephone number*

(215) 546-9942
*FAX number*