## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANDREW ELLNER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BREM MOLDOVSKY, LLC,<br>BREM MOLDOVSKY, and<br>GERALD J. POMERANTZ, ESQUIRE,<br><br>　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:　Case No. 2:20-cv-06190-KSM<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **WITHDRAWAL OF APPEARANCE**

TO THE COURT:

　　Kindly withdraw the appearance of John A. Guernsey, Esquire on behalf of Defendants Brem Moldovsky, LLC and Brem Moldovsky, Esquire in connection with the above matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: February 24, 2021　　　　　　　　　*/s/ John A. Guernsey*
　　　　　　　　　　　　　　　　　　　　　John A. Guernsey (PA No. 25730)
　　　　　　　　　　　　　　　　　　　　　**CONRAD O'BRIEN, PC**
　　　　　　　　　　　　　　　　　　　　　1500 Market Street
　　　　　　　　　　　　　　　　　　　　　Centre Square – West Tower, Suite 3900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102-2100
　　　　　　　　　　　　　　　　　　　　　Phone: (215) 864-9600
　　　　　　　　　　　　　　　　　　　　　Email: jguernsey@conradobrien.com

## **CERTIFICATE OF SERVICE**

I certify that on the date set forth below, the foregoing was electronically filed pursuant to the Court's ECF system and that the documents are available for downloading and viewing from the ECF system. Notice of this filing will be sent to all parties by operation of the ECF system.

Date: February 24, 2021                             */s/ John A. Guernsey*
                                                                    John A. Guernsey, Esquire