IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW ELLNER** <br><br> Plaintiff, <br><br> *v.* <br><br> **BREM MOLDOVSKY, LLC, et al.,** <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 20-6190-KSM** |

## ORDER

**AND NOW**, this 3rd day of March, 2021, it is **ORDERED** as follows:

1. The Court will hold a **PRETRIAL CONFERENCE** in **March 17, 2021** at **3:00 p.m.** in Courtroom 6A.

2. The Court's February 16, 2021 Order setting a pretrial conference (Doc. No. 10) is **VACATED**.

3. At least seven days prior to the pretrial conference, the parties shall submit via e-mail a *joint* report of the conference that they conducted pursuant to Federal Rule of Civil Procedure 26(f).[1] The parties' *joint* report shall be no longer than fifteen pages, double spaced. It shall reflect the positions of *all* parties.

4. The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) at least one business day in advance of the Rule 16 conference.

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] The Court understands that Plaintiff's counsel is unwilling to accept that Defendants were party to the Rule 26(f) conference that he held with Defendant Moldovsky's previous counsel. If Plaintiff's counsel is unwilling to accept that Defendants were party to that conference, then the parties shall hold a new Rule 26(f) conference.