```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW ELLNER,                    :    CIVIL ACTION
                                  :    NO. 20-cv-6190
          Plaintiff,              :
                                  :
    v.                            :
                                  :
BREM MOLDOVSKY,LLC, et al.        :
                                  :
          Defendants.             :
```

### O R D E R

**AND NOW**, this **24th** day of **March, 2021**, upon consideration of Defendants' March 23, 2021 email, which this Court construes as a motion to file a corrected motion to dismiss, it is hereby **ORDERED** that:

   1. Defendants are granted leave to file a corrected motion to dismiss **by April 5, 2021**;

   2. Plaintiffs shall file a response by **April 16, 2021**;

   3. Defendants' current motion to Dismiss (ECF No. 15) is **DENIED as moot;** and

   4. the hearing to consider the motion to dismiss previously scheduled for April 5, 2021 is rescheduled **for May 5, 2021 at 10:00 a.m.** Counsel shall call in as follows: **571-353-2300, Conference Code: 728193472#**

   **AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**